Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | No. 2:12-cv-01662-JAM-EFB |
| Plaintiff, | ) ) | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | ) ) | |
| JOHN DOE, | ) ) | |
| Defendant. | ) ) ) | |

### NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety with prejudice. In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment.  Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff prays that the Court enter a judgment reflecting the above.

*///*

*///*

*///*

*///*

*///*

                                            Respectfully Submitted,

                                            PRENDA LAW INC.,

**DATED: December 13, 2012**

                                    By:      /s/  Brett L. Gibbs, Esq.

                                            Brett L. Gibbs, Esq. (SBN 251000)
                                            Of Counsel for Prenda Law Inc.
                                            38 Miller Avenue, #263
                                            Mill Valley, CA 94941
                                            blgibbs@wefightpiracy.com
                                            *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 13, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

                                                /s/ Brett L. Gibbs
                                                  Brett L. Gibbs, Esq.